IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
_VAldostA_____DIVISION

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

_Charles WAyNE PowERS_
_# 425742_
_____
_____

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

Plaintiff

VS.

_JESSiE HowEll Lt_
_StANlEy Williams_
_William BursE_
_Individually And iN their_
_official Capacities_

(NAME OF EACH DEFENDANT)

Defendant(s)

CIVIL ACTION NO:

_7:18-CV-125_

## I. GENERAL INFORMATION

1. Your full name and prison number _ChArlES WAyNE PowERS_
2. Name and location of prison where you are now confined _VAldostA StAtE PriSoN_
3. Sentence you are now serving (how long?) _Life_
    (a) What were you convicted of? _RApe, sodomy BurglAry_
    _____
    (b) Name and location of court which imposed sentence _RANdolph SupErior_
    _Court iN CuthbERt GeorgiA_
    (c) When was sentence imposed? _MArch 2009_
    (d) Did you appeal your sentence and/or conviction?    Yes ☑    No ☐
    (e) What was the result of your appeal? _DENiEd_
    _____

(f) Approximate date your sentence will be completed_____

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE ALL PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?

Yes ☐    No ☑

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:

(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

    (a) Parties to the previous lawsuit INVOLVING SAME FACTS:

        Plaintiff(s):_____ N/A _____

        Defendant(s):_____ N/A _____

    (b) Name of Court:____ N/A _____

    (c) Docket Number:___ N/A ___   When did you file this lawsuit?____ N/A _____

    (d) Name of judge assigned to case:_____ N/A _____

    (e) Is this case still pending?    Yes ☐    No ☐

    (f) If your answer to (e) is "No", when was it disposed of and what were the results?

        (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

        _____ N/A _____

6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?    Yes ☐    No ☑

7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:

(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

    (a)    Parties to the previous lawsuit:

        Plaintiff(s):_____ N/A _____

        Defendant(s):_____ N/A _____

    (b)    Name of Court:____ N/A _____

    (c)  - Docket Number:___ N/A ___   When did you file this lawsuit?___ N/A _____

    (d)    Name of judge assigned to case:_____ N/A _____

    (e)    Is this case still pending?    Yes ☐    No ☐

(f)   If your answer to (e) is "No", when was it disposed of and what were the results? (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

_____ N/A _____

_____

8. AS TO ANY LAWSUIT FILED IN ANY FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?      Yes ☐      No ☑

If your answer is Yes, state the name of the court and docket number as to each case:

_____      _____

_____      _____

_____      _____

_____      _____

### III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? H-2 At Valdosta State Prison

(a) Does this institution have a grievance procedure?      Yes ☑  No ☐

(b) If your answer to question 9(a) is "Yes", answer the following:

(1) Did you present your complaint(s) herein to the institution as a grievance?

Yes ☑      No ☐

(2) If Yes, what was the result? DENied

_____

_____

(3) If No, explain why not: N/A

_____

_____

_____

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

_I talked to warden slanley williams And was told it was all up to Atlanta DOC as to what would be did_

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?     Yes ✓   No ☐

(1) If Yes, to whom did you appeal and what was the result? _William Barse, the D.O.C's commissioner's designce_

(2) If No, explain why you did not appeal:_____

10. In what other institutions have been confined? Give dates of entry and exit.

_Lee CI, Rutledge CI, Balwin CI Redisvill walker County Valdosta, Alto, D.Ray James Thats all that I car remember_

## IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.
_Valdosta State Prison – P.O. Box 5368 Valdosta Georgia 31603_

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

_Jessie Howell Lt officer at Valdosta state prisov William Burse, Commissioners Designee for Department of Correctiors 7 Martin Luther King JR Drive S.E. Atlanta GA 30334 staoley williams warden valdosta state Prison P.O. Box 5368 Valdosta GA 31603_

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, and DIRECT! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur? That is, at what institution or institutions? Bldg H-2 Valdosta State Prison

WHEN do you allege this incident took place? 9-25-2016

WHAT happened? I told the control room officer Peal that I need protective custody because a gang member put a knife around my neck. My room and locker were both locked when officer Peak sent me to medical to talk with the supervisor. Officer Corbett was in medical. I ask her to please call officer Peak to keep my room on dead lock until my property could be packed and inventoryed and I was told that Lt Howell was packing my property. I was sent back down the flat top and was escorted to in front of H-G Bldg when officer Howell Lt come out of H-2 with my property tyed up in a blanket. When Lt Howell come out the gate he (Lt Howell) instructed sgt Harris to cuff me and take me to f-1-78 because that was my new home for the time. Once I got to my cell, I found a lot of my property was missing and no inventory sheet was did by Lt Howell And sgt Harris stated their wasn't anything he could do about the matter

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

Benjamin R. Corporain #1240149 Valdosta State Prison P.O. Box 5368 Valdosta GA 31603 Sgt Harris P.O. Box 5368 Valdosta GA 31603 Inmate Corporain seen how upset I was over my property once I was in his cell

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

for Jessie Howell to pay me 2,500°° for compensatory damages And $2.500°° punitive damages ordered by the court for not securing my property as S.O.P States And violation my constitional Rights of due Access And cruel And unusel punishment And Del.b erate indifference And not receiving due process of law by Lt Howell not not following S.O.P 11B06-0002 The court to order Stanley Williams warden see atto.

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this ___6___ day of ___August___, 20 _18_.

Charles Powell #425149

PLAINTIFF

*Continued*

to pay $2,500.00 for not having his officers comply with the GDC S.O.P

For the court to order William Burse to also pay me for my loss because of his officers not following S.O.P doing a property sheet on prisoners property is a violation of due process of law. It has coused me much grief over my property being gone cause I had a federal Haveas corpus dismissed because of the above stated matter

I would ask the court to have William Burse pay me compersatory damage for $2,500.00 and Puritive damages for the amount of $2,000.00 for violating my Rights and Due process of law.

Each Defendant is sued individually and in their official capacities, and the court to award me as this honorable court should direct each party

I have took all avenues to get my property back and it seems that every one turns a blind eye to the fact even when my grevance was partially granted at his level

Please see exhibits A, B, C, D, E

I took all steps to give the state the opportunity to find my belongings because all my Federal Habeas corpus was in that paper work and a man can't put a price on freedom.

I pray this honorable court to rule in my favor for the constitutional violations I've had to face